**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| GARY L. RUSSELL,<br><br>    Plaintiff,<br><br>v.<br><br>THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>    Defendant. | Case No. 2:18-cv-00438-JRG |

## REPORT OF MEDIATION

The above-captioned case was mediated by Harry L. Gillam, Jr. on Tuesday, June 18, 2019, between Plaintiff Gary L. Russell and Defendant The Hartford Life and Accident Insurance Company. The mediation session has been suspended. The undersigned mediator will continue to work with the parties in an effort to settle.

Dated:  June 19, 2019                          Respectfully submitted,

*/s/ Harry L. Gillam, Jr.*
Harry L. Gillam, Jr.
State Bar No. 07921800
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
Email: gil@gillamsmithlaw.com

2

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 19th day of June, 2019.  As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV- 5(a)(3)(A).

                                                    */s/ Harry L. Gillam, Jr.*